IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

JESSICA MARCHESE

     Appellant,

v.

SPRINGBROOK HOSPITAL and
SUMMIT

     Appellees.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-3143

Opinion filed April 17, 2017.

An appeal from an order of Judge of Compensation Claims.
Mark A. Massey, Judge.

Date of Accident: August 31, 2013.

Jodi A. Zakaria of Deutschman & Zakaria, Inverness, for Appellant.

Tim Jesaitis of the Law Office of Tim Jesaitis, P.A., St. Petersburg, for Appellees.

PER CURIAM.

    AFFIRMED.

WOLF, MAKAR, and M.K. THOMAS, JJ., CONCUR.